# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Covington Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

In re Timothy D. Ehn

1182 Chesapeake trail
Union, KY 41091

aka/dba:

Case No. 26−20942−dll

Chapter: 7

Debtor(s)

Trustee:

L. Craig Kendrick
8459 US 42
Suite F, #311
Florence, KY 41042
(859) 371−4321

## CHAPTER 7 ORDER TO DEBTOR

Debtor(s) having requested and received relief pursuant to chapter 7 of title 11 of the United States Bankruptcy Code, it is ORDERED that, within 14 days from the filing of the Petition, Debtors(s) shall transmit to the trustee **legible copies** of the following:

1. All books, records of account, bank books, bank statements, and cancelled checks for the 6 months preceding bankruptcy (the last bank statement must show the amount on deposit on the date of bankruptcy);

2. The deed or contract under which Debtor(s) holds title to or any interest in real estate, and copies of all recorded mortgages, liens, or encumbrances upon said real estate (these documents may be obtained from the office of the county court clerk of the county in which the real estate is located);

3. Title papers to any motor vehicles, mobile homes, trailers, or boats (if original papers have been lost, duplicates must be obtained from the office of the county court clerk of the county in which the vehicles are registered);

4. The last two years state and federal income tax returns;

5. Contracts or title papers pertaining to any property and life or burial insurance;

6. All payment advices (such as pay stubs) or other evidence of income received within 60 days before the date of the filing of the Petition;

7. Government−issued photo identification; and

8. Proof of social security number(s) (social security number card, W−2, or other evidence of social security number approved by the United States Trustee).

It is further ORDERED that the **original** certificates of stock, bonds, and keys to any safety

deposit boxes shall be surrendered to the trustee.

Except for the aforementioned documents/items, Debtor(s) is restrained and enjoined from transferring, abandoning, releasing to creditors, or in any way disposing of property of the estate until further order of the court.

***Failure to comply with this Order may result in the filing of a motion to dismiss the within case. Counsel for Debtor(s) is responsible for ensuring that Debtor(s) complies with this Order.***

DATED: September 19, 2026

By the Court −

/s/Douglas L Lutz
Douglas L Lutz
U.S. Bankruptcy Judge