# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Covington Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

In re Timothy D. Ehn

1182 Chesapeake trail
Union, KY 41091

aka/dba:

SSN/TID: xxx−xx−8453

Debtor(s)

Case No. 26−20942−dll

Chapter: 7

## ORDER TO FILE/AMEND

A Petition having been filed in the above−referenced case on September 16, 2026, and the Court being otherwise properly and sufficiently advised,

It is ORDERED that, within 14 days of the filing date of the Petition, pursuant to the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local Bankruptcy Rules for the Eastern District of Kentucky, the following document(s) shall be filed with the Court:

Missing document(s) or a portion thereof:

Schedules A−J with Declaration About an Individual Debtor(s) Schedules, Summary of Your Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs for Individuals Filing for Bankruptcy, Chapter 7 Statement of Your Current Monthly Income, Disclosure of Compensation of Attorney for Debtor, and unsworn declaration of Debtor(s) as required by Fed. R. Bankr. P. 1008 regarding the initial list of creditors.

Failure to comply with this Order may result in the dismissal of this case, or the withholding of the discharge of Debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this Order.

DATED: September 21, 2026

By the Court −

/s/Douglas L Lutz
Douglas L Lutz
U.S. Bankruptcy Judge