**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE:**
**TIMOTHY D. EHN** **CASE NO. 26-20942**
**DEBTOR(S)** **CHAPTER 7**

**NOTICE OF REJECTION OF APPOINTMENT OF INTERIM TRUSTEE**

Comes now, L. Craig Kendrick, Trustee in Bankruptcy and rejects the appointment of Trustee in the above-referenced case for the reasons that the Trustee has a conflict of interest.

Respectfully submitted,

/s/ L. Craig Kendrick
L. CRAIG KENDRICK
Chapter 7 Trustee
8459 us 42, Ste. F, #311
Florence, KY 41042
(859) 371-4321

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon the following by either regular U.S. Mail postage prepaid or electronic mail on this 22nd of September 2026: United States Trustee's Office, ustpregion08.lx.ecf@usdoj.gov: Aaron M. Beck, Esq., Attorney for Debtor, AARONBECK@OHARATAYLOR.COM.

/s/ L. Craig Kendrick
L. CRAIG KENDRICK