United States Bankruptcy Court
Eastern District of Kentucky

In re: Case No. 26-20942-dll
Timothy D. Ehn Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0643-2 User: admin Page 1 of 2
Date Rcvd: Sep 21, 2026 Form ID: 309A Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy D. Ehn, 1182 Chesapeake trail, Union, KY 41091-8803 |
| 7555885 | | CAPITAL ONE, 1586 DALTON STREET, KINGSTON MI 48741 |
| 7555888 | + | CENTRAL BANK, C/O MARTIN TUCKER, DINSMORE & SHOHL LLP, 100 W. MAIN STREET, STE 900, LEXINGTON KY 40507-1839 |
| 7555889 | + | CENTRAL BANK & TRUST CO., 2850 TURKEYFOOT RD., FT MITCHELL KY 41017-2531 |
| 7555890 | + | CITY OF DAYTON, 514 6TH AVE., DAYTON KY 41074-1195 |
| 7555891 | + | DBL LAW, PO BOX 175737, FT MITCHELL KY 41017-5737 |
| 7555894 | + | ESTATE OF BARBARA WORKS, C/O KENNETH HUMAN, 431 S. BROADWAY STE 331, LEXINGTON KY 40508-2957 |
| 7555896 | + | ESTATE OF THERESA ILG, C/O BOB BLAU, 3699 ALEXANDRIA PIKE, NEWPORT KY 41076-1789 |
| 7555895 | + | ESTATE OF THERESA ILG, C/O JOSHUA ILG, ADMINISTRATOR, 974 ALLY WAY, INDEPENDENCE KY 41051-6506 |
| 7555897 | + | GATLIN VOELKER PLLC, 50 E. RIVERCENTER BLVD., #1275, COVINGTON KY 41011-3098 |
| 7555900 | | IRS, C/O US ATTORNEY EDKY CIVIL DIVISION, 260 W VINE STREET, SUITE 300, LEXINGTON KY 40507-1612 |
| 7555901 | + | JENNIFER LAWRENCE, 535 MADIOSN AVE, STE 500, COVINGTON KY 41011-1680 |
| 7555902 | + | KENNETH HUMAN, 431 S. BROADWAY STE 331, LEXINGTON KY 40508-2957 |
| 7555904 | + | MICHAEL A. VENEMAN, CPA, C/O RICHARD A JARVIS, 505 YORK STREET, NEWPORT KY 41071-1801 |
| 7555903 | + | MICHAEL A. VENEMAN, CPA, 30 HOLLY WOODS DR., FORT THOMAS KY 41075-2415 |
| 7555906 | + | RESIDENTIAL FUNDING COMPANY LLC, ONE MERIDIAN CROSSINGS, STE 100, MINNEAPOLIS MN 55423-3854 |
| 7555909 | | SMALL BUSINESS ADMINISTRATION, C/O US ATTORNEY EDKY CIVIL DIVISION, 260 W VINE STREET, SUITE 300, LEXINGTON KY 40507-1612 |
| 7555910 | + | SMALL BUSINESS ASSOCIATION, 801 TOM MARTIN DRIVE, SUITE 120, BIRMINGHAM AL 35211-6424 |
| 7555911 | + | SQUIRE, PATTON, BOGGS, LLP, 201 E. 4TH ST., #1900, CINCINNATI OH 45202-4277 |
| 7555913 | + | STOCK YARDS BANK & TRUST, C/O PAUL T SABA, 2623 ERIE AVENUE, CINCINNATI OH 45208-2001 |
| 7555915 | + | TANYA THOMPSON-EHN, 275 TURNER DR, CRITTENDEN KY 41030-8942 |
| 7555916 | + | TRIPLE CROWN HOMEOWNERS ASSOCIATION, LORI MATEIKAT, 500 THOMAS MORE PARKWAY, FT MITCHELL KY 41017-3454 |
| 7555917 | + | TRIPLE CROWN HOMEOWNERS ASSOCIATION INC, C/O KENNETH R. REED, 241 ELM STREET, COVINGTON KY 41016-1577 |
| 7555918 | + | UNITED STATES OF AMERICA DEPT OF JUSTICE, C/O JOHN M. SPIRES, 260 WEST VINE ST., STE 300, LEXINGTON KY 40507-1612 |
| 7555920 | | US DOJ, C/O US ATTORNEY EDKY CIVIL DIVISION, 260 W VINE STREET, SUITE 300, LEXINGTON KY 40507-1612 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: aaronbeck@oharataylor.com | Sep 21 2026 23:50:00 | Aaron M. Beck, O'Hara Taylor Sloan Cassidy Beck PLLC, 25 Town Center Boulevard, Ste 201, Covington, KY 41017 |
| tr | + | EDI: BLCKENDRICK.COM | Sep 22 2026 03:54:00 | L. Craig Kendrick, 8459 US 42, Suite F, #311, Florence, KY 41042-8351 |
| 7555882 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 21 2026 23:50:00 | APPLE CARD, GOLDMAN SACHS BANK USA, SALT LAKE CITY BRANCH, LOCKBOX 6112, PO 7247, PHILADELPHIA PA 19170-0001 |
| 7555884 | + | EDI: TSYS2 | Sep 22 2026 03:54:00 | BARCLAYCARD, CARD SERVICES, PO BOX 13337, PHILADELPHIA PA 19101-3337 |

| | | | | |
|---|---|---|---|---|
| 7555886 | + | Email/Text: bankruptcy@cavps.com | Sep 21 2026 23:50:00 | CAVALRY SPV I, LLC, 1 AMERICAN LANE, STE 220, GREENWICH CT 06831-2563 |
| 7555887 | + | Email/Text: SMail@jbllc.com | Sep 21 2026 23:50:00 | CAVALRY SPV, I, LLC, C/OJAVITCH BLOCK LLC, 1100 SUPERIOR AVE, 19TH FLOOR, CLEVELAND OH 44114-2521 |
| 7555883 | | EDI: CITICORP | Sep 22 2026 03:54:00 | AT & T, PO BOX 183037, COLUMBUS OH 43218 |
| 7555892 | + | EDI: WFFC | Sep 22 2026 03:54:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, 1761 E. ST ANDREW PLACE, SANTA ANA CA 92705-4934 |
| 7555893 | + | Email/Text: lynn.colombo@duke-energy.com | Sep 21 2026 23:50:00 | DUKE ENERGY, PO BOX 1327, CHARLOTTE NC 28201-1327 |
| 7555898 | | EDI: IRS.COM | Sep 22 2026 03:54:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA PA 19101-7346 |
| 7555905 | | Email/Text: tedge@nkywater.org | Sep 21 2026 23:50:00 | NORTHERN KENTUCKY WATER DISTRICT, 2835 CRESCENT SPRINGS ROAD, ERLANGER KY 41018 |
| 7555907 | ^ | MEBN | Sep 21 2026 23:48:59 | SBA, C/O ATTORNEY GENERAL TODD BLANCHE, US DEPT OF JUSTICE, 950 PENNSYLVANIA AVENUE, NW, WASHINGTON DC 20530-0009 |
| 7555908 | + | Email/Text: bankruptcynotices@sba.gov | Sep 21 2026 23:50:00 | SMALL BUSINESS ADMIN, 1441 L ST. NWMAIL CODE 5460, WASHINGTON DC 20416-0001 |
| 7555912 | | Email/Text: bankruptcy@stelizabeth.com | Sep 21 2026 23:50:00 | ST. ELIZABETH HOSPITAL, 1 MEDICAL VILLAGE DR., FT MITCHELL KY 41017 |
| 7555914 | + | Email/Text: bankruptcy.notices@syb.com | Sep 21 2026 23:50:00 | STOCK YARDS BANK & TRUST COMPANY, 1040 EAST MAIN STREET, PO BOX 32890, LOUISVILLE KY 40232-2890 |
| 7555919 | ^ | MEBN | Sep 21 2026 23:48:59 | US DEPT OF JUSTICE, C/O ATTORNEY GENERAL, US DEPT OF JUSTICE, 950 PENNSYLVANIA AVENUE, NW, WASHINGTON DC 20530-0009 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7555899 | *+ | IRS, C/O ATTORNEY GENERAL, US DEPT OF JUSTICE, 950 PENNSYLVANIA AVENUE, NW, WASHINGTON DC 20530-0009 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Timothy D. Ehn<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–8453<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Eastern District of Kentucky | Date case filed for chapter: 7 | 9/16/26 |
| Case number: | 26–20942–dll | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Timothy D. Ehn | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1182 Chesapeake trail<br>Union, KY 41091 | |
| 4. | **Debtor's attorney**<br>Name and address | Aaron M. Beck<br>O'Hara Taylor Sloan Cassidy Beck PLLC<br>25 Town Center Boulevard<br>Ste 201<br>Covington, KY 41017 | Contact phone 859–331–2000<br>Email: aaronbeck@oharataylor.com |
| 5. | **Bankruptcy trustee**<br>Name and address | L. Craig Kendrick<br>8459 US 42<br>Suite F, #311<br>Florence, KY 41042 | Contact phone (859) 371–4321<br>Email: craigkendrick@fuse.net |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | United States Bankruptcy Court<br>Eastern District of Kentucky<br>100 E Vine Street Ste 200<br>Lexington, KY 40507–1430 | Hours open:<br>9:00am – 3:00pm, Monday – Friday<br>Contact phone (859) 233–2608<br>Date: 9/19/26 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 16, 2026 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. For additional meeting information go to https://www.justice.gov/ust/moc | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 613 821 3781, and Passcode 7541355841, OR call (859)347–3035** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/15/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Options to Receive Notices served by the Clerk by Email Instead of by U.S. Mail** | (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for Debtor Electronic Bankruptcy Noticing (DeBN) by filing a local form with the Clerk of Court. DeBN information and local form are available at kyeb.uscourts.gov/debtor–electronic–bankruptcy–noticing–debn. Both options are FREE and allows the clerk to quickly send you court–issued notices and orders by email. | |