United States Bankruptcy Court
Eastern District of Kentucky

In re:
Timothy D. Ehn
Debtor

Case No. 26-20942-dll
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0643-2 User: admin Page 1 of 1
Date Rcvd: Sep 21, 2026 Form ID: oamd Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy D. Ehn, 1182 Chesapeake trail, Union, KY 41091-8803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron M. Beck | on behalf of Debtor Timothy D. Ehn aaronbeck@oharataylor.com ambezfiling@gmail.com;r61263@notify.bestcase.com;jbridewell@oharataylor.com;fileclerk@oharataylor.com |
| L. Craig Kendrick | craigkendrick@fuse.net KY05@ecfcbis.com |
| U.S. Trustee | ustpregion08.lx.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Covington Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507–1430

---

In re Timothy D. Ehn

1182 Chesapeake trail
Union, KY 41091

aka/dba:

SSN/TID: xxx–xx–8453

Debtor(s)

Case No. 26–20942–dll

Chapter: 7

---

## ORDER TO FILE/AMEND

A Petition having been filed in the above–referenced case on September 16, 2026, and the Court being otherwise properly and sufficiently advised,

It is ORDERED that, within 14 days of the filing date of the Petition, pursuant to the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local Bankruptcy Rules for the Eastern District of Kentucky, the following document(s) shall be filed with the Court:

Missing document(s) or a portion thereof:

Schedules A–J with Declaration About an Individual Debtor(s) Schedules, Summary of Your Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs for Individuals Filing for Bankruptcy, Chapter 7 Statement of Your Current Monthly Income, Disclosure of Compensation of Attorney for Debtor, and unsworn declaration of Debtor(s) as required by Fed. R. Bankr. P. 1008 regarding the initial list of creditors.

Failure to comply with this Order may result in the dismissal of this case, or the withholding of the discharge of Debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this Order.

DATED: September 21, 2026

By the Court –

/s/Douglas L Lutz
Douglas L Lutz
U.S. Bankruptcy Judge