United States Bankruptcy Court

Eastern District of Kentucky

In re:
Timothy D. Ehn
Debtor

Case No. 26-20942-dll
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0643-2 User: admin Page 1 of 1
Date Rcvd: Sep 21, 2026 Form ID: od7 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy D. Ehn, 1182 Chesapeake trail, Union, KY 41091-8803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron M. Beck | on behalf of Debtor Timothy D. Ehn aaronbeck@oharataylor.com ambezfiling@gmail.com;r61263@notify.bestcase.com;jbridewell@oharataylor.com;fileclerk@oharataylor.com |
| L. Craig Kendrick | craigkendrick@fuse.net KY05@ecfcbis.com |
| U.S. Trustee | ustpregion08.lx.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Covington Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

In re Timothy D. Ehn

1182 Chesapeake trail
Union, KY 41091

aka/dba:

Case No. 26−20942−dll

Chapter: 7

Debtor(s)

Trustee:

L. Craig Kendrick
8459 US 42
Suite F, #311
Florence, KY 41042
(859) 371−4321

## CHAPTER 7 ORDER TO DEBTOR

Debtor(s) having requested and received relief pursuant to chapter 7 of title 11 of the United States Bankruptcy Code, it is ORDERED that, within 14 days from the filing of the Petition, Debtors(s) shall transmit to the trustee **legible copies** of the following:

1. All books, records of account, bank books, bank statements, and cancelled checks for the 6 months preceding bankruptcy (the last bank statement must show the amount on deposit on the date of bankruptcy);

2. The deed or contract under which Debtor(s) holds title to or any interest in real estate, and copies of all recorded mortgages, liens, or encumbrances upon said real estate (these documents may be obtained from the office of the county court clerk of the county in which the real estate is located);

3. Title papers to any motor vehicles, mobile homes, trailers, or boats (if original papers have been lost, duplicates must be obtained from the office of the county court clerk of the county in which the vehicles are registered);

4. The last two years state and federal income tax returns;

5. Contracts or title papers pertaining to any property and life or burial insurance;

6. All payment advices (such as pay stubs) or other evidence of income received within 60 days before the date of the filing of the Petition;

7. Government−issued photo identification; and

8. Proof of social security number(s) (social security number card, W−2, or other evidence of social security number approved by the United States Trustee).

It is further ORDERED that the **original** certificates of stock, bonds, and keys to any safety

deposit boxes shall be surrendered to the trustee.

Except for the aforementioned documents/items, Debtor(s) is restrained and enjoined from transferring, abandoning, releasing to creditors, or in any way disposing of property of the estate until further order of the court.

***Failure to comply with this Order may result in the filing of a motion to dismiss the within case. Counsel for Debtor(s) is responsible for ensuring that Debtor(s) complies with this Order.***

DATED: September 19, 2026

By the Court –

/s/Douglas L Lutz
Douglas L Lutz
U.S. Bankruptcy Judge