IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

TIMOTHY D. EHN

DEBTOR.

CASE NO. 26-20942
CHAPTER 7

---

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICES AND PAPERS**

---

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned Chapter 7 proceeding as counsel on behalf of Central Bank & Trust Co. and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, telefax, telegraph, telex or otherwise, which affects the Debtor to be served upon:

Martin B. Tucker, Esq.
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, Kentucky 40507
Tel.: (859) 425-1000
Fax: (859) 425-1099
E-mail: martin.tucker@dinsmore.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Central Bank & Trust Co., specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference

withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Central Bank Trust & Co. is or may be entitled under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: September 29, 2026.

Respectfully submitted,

DINSMORE & SHOHL LLP

/s/ Martin B. Tucker

Martin B. Tucker, Esq. (KBA# 89992)
100 West Main Street, Suite 900
Lexington, Kentucky 40507
Tel.: (859) 425-1000
Fax: (859) 425-1099
E-mail: martin.tucker@dinsmore.com
***Attorneys for Central Bank & Trust Co.***

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was served on the 29th day of September, 2026 to all the parties served by the Court via CM/ECF noticing.

/s/ Martin B. Tucker
***Attorney for Central Bank & Trust Co.***