**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Covington Division**

*Filed Electronically*

IN RE:
Ehn, Timothy D. CHAPTER 7

CASE NUMBER: 26-20942 dll

DEBTOR

## NOTICE OF APPOINTMENT OF TRUSTEE

The United States Trustee has appointed the following qualified individual as Chapter 7 Trustee in the above-captioned case:

Lori A Schlarman
PO Box 17275
Ft. Mitchell, KY 41017
(859) 586-1526

Dated: October 14, 2026

Paul A. Randolph

Acting United States Trustee
Region 8, Districts of Kentucky and Tennessee
U. S. Department of Justice
100 East Vine Suite 500
Lexington KY 40507
Tel. (859) 233- 2822

By: /s/ Timothy Ruppel
Timothy Ruppel
Assistant U.S. Trustee
Choose an item.