# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Covington Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

---

In re Timothy D. Ehn

1182 Chesapeake trail
Union, KY 41091

aka/dba:

SSN/TID: xxx−xx−8453

Debtor(s)

Case No. 26−20942−dll

Chapter: 7

---

## NOTICE OF SUCCESSOR TRUSTEE AND RESCHEDULED 341 MEETING

The meeting of creditors previously scheduled in this case for 10/16/26 is rescheduled for:

DATE: 11/10/26

TIME: 11:00 AM

LOCATION: Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 514 603 2535, and Passcode 8770540354, OR call (859)287−2527

at which time the Debtor is directed to appear and submit to examination as required by the Bankruptcy Code.

The successor interim trustee is:
Name: Lori A Schlarman
Address: PO Box 17275
Ft. Mitchell, KY 41017

Phone Number: (859) 586−1526
DATED: October 14, 2026

By the Court −

/s/Douglas L Lutz
Douglas L Lutz
U.S. Bankruptcy Judge