**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**

**IN RE:** **CASE NUMBER: 26-20942**

**TIMOTHY D. EHN**

**DEBTOR** **CHAPTER 13**

## NOTICE OF RESCHEDULED 341 HEARING

Please take notice that the meeting of creditors originally scheduled in this case for October 16, 2026 has been rescheduled for November 17, 2026 at 10:00am via Zoom. Meeting ID 514 603 2535, Passcode 8770540354, Phone (859) 287-2527.

Respectfully submitted,

/s/ Aaron M. Beck
AARON M. BECK KBA # 91496
Attorney for Debtor
25 Town Center Boulevard, Suite 201
Covington, Kentucky 41017
(859) 331-2000
(859) 578-3365 facsimile
aaronbeck@oharataylor.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Hearing on Objection to Motion for Relief from Stay was served by electronic service or ordinary U.S. Mail, First Class, Postage Prepaid, to the following on this 30th day of October 2026:

Beverly M. Burden
Notices@Ch13EDKY.com, downloads@ch13edky.com

U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov

Apple Card
Goldman Sachs Bank USA
Salt Lake City Branch
Lockbox 6112, PO 7247
Philadelphia PA 19170

AT & T
PO Box 183037
Columbus OH 43218

Barclaycard
Card Services
PO Box 13337
Philadelphia PA 19101

Capital One
1586 Dalton Street
Kingston MI 48741

Cavalry SPV I, LLC
1 American Lane, Ste 220
Greenwich CT 06831

Cavalry SPV, I, LLC
c/oJavitch Block LLC
1100 Superior Ave, 19th Floor
Cleveland OH 44114

Central Bank
c/o Martin Tucker
Dinsmore & Shohl LLP
100 W. Main Street, Ste 900
Lexington KY 40507

Central Bank & Trust Co.
2850 Turkeyfoot Rd.
Ft Mitchell KY 41017

City of Dayton
514 6th Ave.
Dayton KY 41074

DBL Law
PO Box 175737
Ft Mitchell KY 41017

Deutsche Bank National Trust Company
1761 E. St Andrew Place
Santa Ana CA 92705

Duke Energy
PO Box 1327
Charlotte NC 28201

Estate of Barbara Works
c/o Kenneth Human
431 S. Broadway Ste 331
Lexington KY 40508

Estate of Theresa Ilg
c/o Joshua Ilg, Administrator
974 Ally Way
Independence KY 41051

Estate of Theresa Ilg
c/o Bob Blau
3699 Alexandria Pike
Newport KY 41076

Gatlin Voelker PLLC
50 E. Rivercenter Blvd., #1275
Covington KY 41011

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

IRS
c/o Attorney General
US Dept of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

IRS
c/o US Attorney EDKY Civil Division
260 W Vine Street, Suite 300
Lexington KY 40507-1612

Jennifer Lawrence
535 Madiosn Ave, Ste 500
Covington KY 41011

Kenneth Human
431 S. Broadway Ste 331
Lexington KY 40508

Michael A. Veneman, CPA
30 Holly Woods Dr.
Fort Thomas KY 41075

Michael A. Veneman, CPA
c/o Richard A Jarvis
505 York Street
Newport KY 41071

Northern Kentucky Water District
2835 Crescent Springs Road
Erlanger KY 41018

Residential Funding Company LLC
One Meridian Crossings, Ste 100
Minneapolis MN 55423

SBA
c/o Attorney General Todd Blanche
US Dept of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Small Business Admin
1441 L St. NWMAIL CODE 5460
Washington DC 20416

Small Business Administration
c/o US Attorney EDKY Civil Division
260 W Vine Street, Suite 300
Lexington KY 40507-1612

Small Business Association
801 Tom Martin Drive, Suite 120
Birmingham AL 35211

Squire, Patton, Boggs, LLP
201 E. 4th St., #1900
Cincinnati OH 45202

St. Elizabeth Hospital
1 Medical Village Dr.

Ft Mitchell KY 41017

Stock Yards Bank & Trust
c/o Paul T Saba
2623 Erie Avenue
Cincinnati OH 45208

Stock Yards Bank & Trust Company
1040 East Main Street
PO Box 32890
Louisville KY 40232

Tanya Thompson-Ehn
275 Turner Dr
Crittenden KY 41030

Triple Crown Homeowners Association
Lori Mateikat
500 Thomas More Parkway
Ft Mitchell KY 41017

Triple Crown Homeowners Association Inc
c/o Kenneth R. Reed
241 Elm Street
Covington KY 41016

United States of America Dept of Justice
c/o John M. Spires
260 West Vine St., Ste 300
Lexington KY 40507

US Dept of Justice
c/o Attorney General
US Dept of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

US DOJ
c/o US Attorney EDKY Civil Division
260 W Vine Street, Suite 300
Lexington KY 40507-1612

/s/ Aaron M. Beck____________
Aaron M. Beck