United States Bankruptcy Court

Eastern District of Kentucky

In re: Case No. 26-20942-dll
Timothy D. Ehn Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0643-2 User: admin Page 1 of 3
Date Rcvd: Oct 29, 2026 Form ID: ntcsuctr Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy D. Ehn, 1182 Chesapeake trail, Union, KY 41091-8803 |
| tr | + | L. Craig Kendrick, 8459 US 42, Suite F, #311, Florence, KY 41042-8351 |
| cr | + | Central Bank & Trust Co., c/o Martin B. Tucker, Esq., 100 W. Main Street, Suite 900, Lexington, KY 40507-1839 |
| 7555885 | | CAPITAL ONE, 1586 DALTON STREET, KINGSTON MI 48741 |
| 7555888 | + | CENTRAL BANK, C/O MARTIN TUCKER, DINSMORE & SHOHL LLP, 100 W. MAIN STREET, STE 900, LEXINGTON KY 40507-1839 |
| 7555889 | + | CENTRAL BANK & TRUST CO., 2850 TURKEYFOOT RD., FT MITCHELL KY 41017-2531 |
| 7555890 | + | CITY OF DAYTON, 514 6TH AVE., DAYTON KY 41074-1195 |
| 7555891 | + | DBL LAW, PO BOX 175737, FT MITCHELL KY 41017-5737 |
| 7555894 | + | ESTATE OF BARBARA WORKS, C/O KENNETH HUMAN, 431 S. BROADWAY STE 331, LEXINGTON KY 40508-2957 |
| 7555896 | + | ESTATE OF THERESA ILG, C/O BOB BLAU, 3699 ALEXANDRIA PIKE, NEWPORT KY 41076-1789 |
| 7555895 | + | ESTATE OF THERESA ILG, C/O JOSHUA ILG, ADMINISTRATOR, 974 ALLY WAY, INDEPENDENCE KY 41051-6506 |
| 7555897 | + | GATLIN VOELKER PLLC, 50 E. RIVERCENTER BLVD., #1275, COVINGTON KY 41011-3098 |
| 7555900 | | IRS, C/O US ATTORNEY EDKY CIVIL DIVISION, 260 W VINE STREET, SUITE 300, LEXINGTON KY 40507-1612 |
| 7555901 | + | JENNIFER LAWRENCE, 535 MADIOSN AVE, STE 500, COVINGTON KY 41011-1680 |
| 7555902 | + | KENNETH HUMAN, 431 S. BROADWAY STE 331, LEXINGTON KY 40508-2957 |
| 7555904 | + | MICHAEL A. VENEMAN, CPA, C/O RICHARD A JARVIS, 505 YORK STREET, NEWPORT KY 41071-1801 |
| 7555903 | + | MICHAEL A. VENEMAN, CPA, 30 HOLLY WOODS DR., FORT THOMAS KY 41075-2415 |
| 7555906 | + | RESIDENTIAL FUNDING COMPANY LLC, ONE MERIDIAN CROSSINGS, STE 100, MINNEAPOLIS MN 55423-3854 |
| 7555909 | | SMALL BUSINESS ADMINISTRATION, C/O US ATTORNEY EDKY CIVIL DIVISION, 260 W VINE STREET, SUITE 300, LEXINGTON KY 40507-1612 |
| 7555910 | + | SMALL BUSINESS ASSOCIATION, 801 TOM MARTIN DRIVE, SUITE 120, BIRMINGHAM AL 35211-6424 |
| 7555911 | + | SQUIRE, PATTON, BOGGS, LLP, 201 E. 4TH ST., #1900, CINCINNATI OH 45202-4277 |
| 7555913 | + | STOCK YARDS BANK & TRUST, C/O PAUL T SABA, 2623 ERIE AVENUE, CINCINNATI OH 45208-2001 |
| 7555915 | + | TANYA THOMPSON-EHN, 275 TURNER DR, CRITTENDEN KY 41030-8942 |
| 7555916 | + | TRIPLE CROWN HOMEOWNERS ASSOCIATION, LORI MATEIKAT, 500 THOMAS MORE PARKWAY, FT MITCHELL KY 41017-3454 |
| 7555917 | + | TRIPLE CROWN HOMEOWNERS ASSOCIATION INC, C/O KENNETH R. REED, 241 ELM STREET, COVINGTON KY 41016-1577 |
| 7567294 | + | TRIPLE CROWN HOMEOWNERS ASSOCIATION INC., C/O TOWNE PROPERTY MANAGEMENT, 2792 CIRCLEPORT DRIVE, ERLANGER KY 41018-1079 |
| 7555918 | + | UNITED STATES OF AMERICA DEPT OF JUSTICE, C/O JOHN M. SPIRES, 260 WEST VINE ST., STE 300, LEXINGTON KY 40507-1612 |
| 7555920 | | US DOJ, C/O US ATTORNEY EDKY CIVIL DIVISION, 260 W VINE STREET, SUITE 300, LEXINGTON KY 40507-1612 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 7555882 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 29 2026 07:17:00 | APPLE CARD, GOLDMAN SACHS BANK USA, SALT LAKE CITY BRANCH, LOCKBOX 6112, PO 7247, PHILADELPHIA PA 19170-0001 |
| 7555884 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 29 2026 07:17:00 | BARCLAYCARD, CARD SERVICES, PO BOX 13337, PHILADELPHIA PA 19101-3337 |
| 7555886 | + | Email/Text: bankruptcy@cavps.com | Oct 29 2026 07:17:00 | CAVALRY SPV I, LLC, 1 AMERICAN LANE, |

| | | | | |
|---|---|---|---|---|
| | | | | STE 220, GREENWICH CT 06831-2563 |
| 7555887 | + | Email/Text: SMail@jbllc.com | Oct 29 2026 07:17:00 | CAVALRY SPV, I, LLC, C/OJAVITCH BLOCK LLC, 1100 SUPERIOR AVE, 19TH FLOOR, CLEVELAND OH 44114-2521 |
| 7555883 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2026 07:26:58 | AT & T, PO BOX 183037, COLUMBUS OH 43218 |
| 7555892 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Oct 29 2026 07:26:54 | DEUTSCHE BANK NATIONAL TRUST COMPANY, 1761 E. ST ANDREW PLACE, SANTA ANA CA 92705-4934 |
| 7555893 | + | Email/Text: lynn.colombo@duke-energy.com | Oct 29 2026 07:18:00 | DUKE ENERGY, PO BOX 1327, CHARLOTTE NC 28201-1327 |
| 7555898 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2026 07:17:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA PA 19101-7346 |
| 7555905 | | Email/Text: tedge@nkywater.org | Oct 29 2026 07:17:00 | NORTHERN KENTUCKY WATER DISTRICT, 2835 CRESCENT SPRINGS ROAD, ERLANGER KY 41018 |
| 7555907 | ^ | MEBN | Oct 29 2026 07:14:49 | SBA, C/O ATTORNEY GENERAL TODD BLANCHE, US DEPT OF JUSTICE, 950 PENNSYLVANIA AVENUE, NW, WASHINGTON DC 20530-0009 |
| 7555908 | + | Email/Text: bankruptcynotices@sba.gov | Oct 29 2026 07:17:00 | SMALL BUSINESS ADMIN, 1441 L ST. NWMAIL CODE 5460, WASHINGTON DC 20416-0001 |
| 7555912 | | Email/Text: bankruptcy@stelizabeth.com | Oct 29 2026 07:17:00 | ST. ELIZABETH HOSPITAL, 1 MEDICAL VILLAGE DR., FT MITCHELL KY 41017 |
| 7555914 | + | Email/Text: bankruptcy.notices@syb.com | Oct 29 2026 07:17:00 | STOCK YARDS BANK & TRUST COMPANY, 1040 EAST MAIN STREET, PO BOX 32890, LOUISVILLE KY 40232-2890 |
| 7555919 | ^ | MEBN | Oct 29 2026 07:14:49 | US DEPT OF JUSTICE, C/O ATTORNEY GENERAL, US DEPT OF JUSTICE, 950 PENNSYLVANIA AVENUE, NW, WASHINGTON DC 20530-0009 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7555899 | *+ | IRS, C/O ATTORNEY GENERAL, US DEPT OF JUSTICE, 950 PENNSYLVANIA AVENUE, NW, WASHINGTON DC 20530-0009 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aaron M. Beck | on behalf of Debtor Timothy D. Ehn aaronbeck@oharataylor.com ambezfiling@gmail.com;r61263@notify.bestcase.com;jbridewell@oharataylor.com;fileclerk@oharataylor.com |
| L. Craig Kendrick | craigkendrick@fuse.net KY05@ecfcbis.com |
| Lori A Schlarman | lastrustee@gmail.com KY45@ecfcbis.com |
| Martin B. Tucker | on behalf of Creditor Central Bank & Trust Co. martin.tucker@dinsmore.com rosetta.mitchell@dinsmore.com;jennifer.pitcock@dinsmore.com;benjamin.dennison@dinsmore.com |
| U.S. Trustee | ustpregion08.lx.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Covington Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

---

In re Timothy D. Ehn

1182 Chesapeake trail
Union, KY 41091

aka/dba:

SSN/TID: xxx−xx−8453

Debtor(s)

Case No. 26−20942−dll

Chapter: 7

---

## NOTICE OF SUCCESSOR TRUSTEE AND RESCHEDULED 341 MEETING

The meeting of creditors previously scheduled in this case for 10/16/26 is rescheduled for:

DATE: 11/10/26

TIME: 11:00 AM

LOCATION: Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 514 603 2535, and Passcode 8770540354, OR call (859)287−2527

at which time the Debtor is directed to appear and submit to examination as required by the Bankruptcy Code.

The successor interim trustee is:
Name: Lori A Schlarman
Address: PO Box 17275
Ft. Mitchell, KY 41017

Phone Number: (859) 586−1526
DATED: October 14, 2026

By the Court –

/s/Douglas L Lutz
Douglas L Lutz
U.S. Bankruptcy Judge