UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: CASE NO. 26-20942

TIMOTHY D. EHN, CHAPTER 7

DEBTOR

---

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

---

Comes Central Bank & Trust Co. ("Central Bank"), a secured creditor herein, by and through counsel, pursuant to Section 362 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby moves the Court for relief from the automatic stay afforded the Debtor, Timothy D. Ehn (the "Debtor"), all as more fully set forth herein. In support of this Motion, Central Bank states as follows:

**Background**

1. The Debtor filed a voluntary petition (the "Petition") for relief under Chapter 7 of the Bankruptcy Code on September 16, 2026 (the "Petition Date").

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334 and Sections 361 and 362 of the Bankruptcy Code. Venue is proper in this district pursuant to 28 U.S.C. Sections 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. Section 157(b).

3. As more fully described below and in relevant part, Central Bank is a secured creditor of the Debtor with a valid and perfected security interest in the following collateral: real property located at 1182 Chesapeake Trail, Union, Kentucky (the "Property").

4. A Proof of Claim filed by Central Bank that includes copies of the documents evidencing, among other things, Central Bank's interests in the Property, has been filed with the Court. See Proof of Claim No. 3 (the "Claim").

**Basis for Relief Requested**

5. The Debtor has the burden of proving that Central Bank's interest in the Property is adequately protected. 11 U.S.C. § 362(g)(2). Central Bank has the burden of proving that the Debtor lacks equity in the Property. 11 U.S.C. § 362(g)(1).

6. Pursuant to Section 362(d)(1) of the Bankruptcy Code, Central Bank is entitled to relief form the automatic stay for "cause," on the grounds that Central Bank's interests in the Property are not adequately protected and the Debtor has otherwise failed to provide for regular payments to be made to Central Bank.

7. In addition, Central Bank is informed and believes that the Debtor has no equity in the Property. The Debtor in his Schedules claims the Property is valued at $900,000.00 and is encumbered by liens in an approximate amount of $4,693,569.00.

8. Finally, the Debtor filed his Statement of Intention indicating his intent (desire) to retain the Property and enter into a Reaffirmation Agreement with Central Bank. However, Central Bank is unwilling to enter into any Reaffirmation Agreement with the Debtor. Therefore and based on all of the foregoing, the Debtor will have no choice but to surrender the Property.

WHEREFORE, Central Bank respectfully prays that the Court enter an order (i) granting it relief from the automatic stay afforded the Debtor pursuant to sections 362(d) of the Bankruptcy Code; (ii) allowing Central Bank to seek any and all remedies available to it under applicable law with respect to the Property; and (iii) granting Central Bank such other and further relief as may be appropriate under the circumstances.

Dated: November 18, 2026

Respectfully submitted,

DINSMORE & SHOHL LLP

/s/ Martin B. Tucker
Martin B. Tucker, Esq. (KBA #89992)
100 West Main Street, Suite 900
Lexington, Kentucky 40507
Tel.: (859) 425-1000
Fax: (859) 425-1099
Email: martin.tucker@dinsmore.com
*Attorney for Central Bank & Trust Co.*

**NOTICE**

PLEASE TAKE NOTICE that parties in interest shall have 14 days from the date of this Motion within which to file a response to the Motion and a request and notice of hearing on such response. If no response is timely filed, the tendered proposed Order may be entered by the Court without a hearing on the Motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 18th day of November, 2026, a true and accurate copy of the foregoing was served via this Court's CM/ECF noticing system upon all parties receiving notice in this case and upon the following parties via regular U.S. mail, postage prepaid, at the addresses listed below. The undersigned further certifies that a true and accurate copy of the foregoing was served upon the attached mailing matrix via regular U.S. mail, postage prepaid on the 18th day of November, 2026.

Timothy D. Ehn
1182 Chesapeake Trail
Union, KY 41091
*Debtor*

Aaron M. Beck
O'Hara Taylor Sloan Cassidy Beck PLLC
25 Town Center Boulevard, Ste 201
Covington, KY 41017
*Attorney for Debtor*

Lori A. Schlarman
PO Box 17275
Ft. Mitchell, Kentucky 41017
*Trustee*

U.S. Trustee
100 East Vine Street #500
Lexington, Kentucky 40507

/s/ Martin B. Tucker
*Attorney for Central Bank & Trust Co.*

Label Matrix for local noticing
0643-2
Case 26-20942-dll
Eastern District of Kentucky
Covington
Wed Nov 18 13:56:36 EST 2026

Central Bank & Trust Co.
c/o Martin B. Tucker, Esq.
100 W. Main Street, Suite 900
Lexington, KY 40507-1839

United States Bankruptcy Court
Eastern District of Kentucky
100 E Vine Street Ste 200
Lexington, KY 40507-1430

APPLE CARD
GOLDMAN SACHS BANK USA
SALT LAKE CITY BRANCH
LOCKBOX 6112, PO 7247
PHILADELPHIA PA 19170-0001

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

BARCLAYCARD
CARD SERVICES
PO BOX 13337
PHILADELPHIA PA 19101-3337

CAPITAL ONE
1586 DALTON STREET
KINGSTON MI 48741

CAVALRY SPV I, LLC
1 AMERICAN LANE, STE 220
GREENWICH CT 06831-2563

CAVALRY SPV, I, LLC
C/OJAVITCH BLOCK LLC
1100 SUPERIOR AVE, 19TH FLOOR
CLEVELAND OH 44114-2521

CENTRAL BANK
C/O MARTIN TUCKER
DINSMORE & SHOHL LLP
100 W. MAIN STREET, STE 900
LEXINGTON KY 40507-1839

CENTRAL BANK & TRUST CO.
2850 TURKEYFOOT RD.
FT MITCHELL KY 41017-2531

CITY OF DAYTON
514 6TH AVE.
DAYTON KY 41074-1195

DBL LAW
PO BOX 175737
FT MITCHELL KY 41017-5737

DEUTSCHE BANK NATIONAL TRUST COMPANY
1761 E. ST ANDREW PLACE
SANTA ANA CA 92705-4934

DUKE ENERGY
PO BOX 1327
CHARLOTTE NC 28201-1327

ESTATE OF BARBARA WORKS
C/O KENNETH HUMAN
431 S. BROADWAY STE 331
LEXINGTON KY 40508-2957

ESTATE OF THERESA ILG
C/O BOB BLAU
3699 ALEXANDRIA PIKE
NEWPORT KY 41076-1789

ESTATE OF THERESA ILG
C/O JOSHUA ILG, ADMINISTRATOR
974 ALLY WAY
INDEPENDENCE KY 41051-6506

GATLIN VOELKER PLLC
50 E. RIVERCENTER BLVD., #1275
COVINGTON KY 41011-3098

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

IRS
C/O ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530-0009

IRS
C/O US ATTORNEY EDKY CIVIL DIVISION
260 W VINE STREET, SUITE 300
LEXINGTON KY 40507-1612

JENNIFER LAWRENCE
535 MADIOSN AVE, STE 500
COVINGTON KY 41011-1680

KENNETH HUMAN
431 S. BROADWAY STE 331
LEXINGTON KY 40508-2957

KY DEPARTMENT OF CHILD SUPPORT SERVICES
AMY TIEMAN THELEN
BOONE COUNTY DCSS ATTORNEY
P.O. BOX 775
BURLIINGTON, KY 41005-0775

MICHAEL A. VENEMAN, CPA
30 HOLLY WOODS DR.
FORT THOMAS KY 41075-2415

MICHAEL A. VENEMAN, CPA
C/O RICHARD A JARVIS
505 YORK STREET
NEWPORT KY 41071-1801

(p)NORTHERN KENTUCKY WATER DISTRICT
2835 CRESCENT SPRINGS ROAD
ERLANGER KY 41018-1326

RESIDENTIAL FUNDING COMPANY LLC
ONE MERIDIAN CROSSINGS, STE 100
MINNEAPOLIS MN 55423-3854

SBA
C/O ATTORNEY GENERAL TODD BLANCHE
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530-0009

SMALL BUSINESS ADMIN
1441 L ST. NWMAIL CODE 5460
WASHINGTON DC 20416-0001

SMALL BUSINESS ADMINISTRATION
C/O US ATTORNEY EDKY CIVIL DIVISION
260 W VINE STREET, SUITE 300
LEXINGTON KY 40507-1612

SMALL BUSINESS ASSOCIATION
801 TOM MARTIN DRIVE, SUITE 120
BIRMINGHAM AL 35211-6424

SQUIRE, PATTON, BOGGS, LLP
201 E. 4TH ST., #1900
CINCINNATI OH 45202-4277

(p)ST ELIZABETH HEALTHCARE
1 MEDICAL VILLAGE DR
EDGEWOOD KY 41017-3403

STOCK YARDS BANK & TRUST
C/O PAUL T SABA
2623 ERIE AVENUE
CINCINNATI OH 45208-2001

STOCK YARDS BANK & TRUST COMPANY
1040 EAST MAIN STREET
PO BOX 32890
LOUISVILLE KY 40232-2890

TANYA THOMPSON-EHN
275 TURNER DR
CRITTENDEN KY 41030-8942

TRIPLE CROWN HOMEOWNERS ASSOCIATION
LORI MATEIKAT
500 THOMAS MORE PARKWAY
FT MITCHELL KY 41017-3454

TRIPLE CROWN HOMEOWNERS ASSOCIATION INC
C/O KENNETH R. REED
241 ELM STREET
COVINGTON KY 41016-1577

TRIPLE CROWN HOMEOWNERS ASSOCIATION INC.
C/O TOWNE PROPERTY MANAGEMENT
2792 CIRCLEPORT DRIVE
ERLANGER KY 41018-1079

U.S. Trustee
100 E Vine St #500
Lexington, KY 40507-1441

UNITED STATES OF AMERICA DEPT OF JUSTICE
C/O JOHN M. SPIRES
260 WEST VINE ST., STE 300
LEXINGTON KY 40507-1612

US DEPT OF JUSTICE
C/O ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530-0009

US DOJ
C/O US ATTORNEY EDKY CIVIL DIVISION
260 W VINE STREET, SUITE 300
LEXINGTON KY 40507-1612

Aaron M. Beck
O'Hara Taylor Sloan Cassidy Beck PL
25 Town Center Boulevard
Ste 201
Covington, KY 41017-2417

Lori A Schlarman
PO Box 17275
Ft. Mitchell, KY 41017-0275

Timothy D. Ehn
1182 Chesapeake trail
Union, KY 41091-8803

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AT & T
PO BOX 183037
COLUMBUS OH 43218

NORTHERN KENTUCKY WATER DISTRICT
2835 CRESCENT SPRINGS ROAD
ERLANGER KY 41018

ST. ELIZABETH HOSPITAL
1 MEDICAL VILLAGE DR.
FT MITCHELL KY 41017

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Stock Yards Bank & Trust Company

(u)Tanya Leah Thompson

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 47 |
| Bypassed recipients | 2 |
| Total | 49 |