UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: CASE NO. 26-20942

TIMOTHY D. EHN, CHAPTER 7

DEBTOR

---

**ORDER GRANTING MOTION FOR
RELIEF FROM THE AUTOMATIC STAY**

---

This matter came before the Court on the motion (the "Motion")[1] of Central Bank & Trust Co. ("Central Bank"), a secured creditor herein, pursuant to Section 362 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure, for relief from the automatic stay afforded the Debtor, Timothy D. Ehn (the "Debtor"), all as more fully set forth in the Motion; the Court having found that due and adequate notice of the Motion having been given; the Court having found that parties in interest have had ample time to respond to the relief requested herein; and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The Motion shall be, and hereby is, GRANTED in its entirety.

2. The automatic stay afforded the Debtor pursuant to Section 362(a) of the Bankruptcy Code is hereby terminated, to the extent necessary, so as to permit Central Bank to enforce its valid and perfected security interests in the Property (i.e. real property located at 1182 Chesapeake Trail, Union, Kentucky).

[1] Terms not defined herein shall have the meanings given them in the Motion.

Tendered by:

DINSMORE & SHOHL LLP

/s/ Martin B. Tucker

Martin B. Tucker, Esq. (KBA #89992)
100 West Main Street, Suite 900
Lexington, Kentucky 40507
Tel: (859) 425-1000
Fax: (859) 425-1099
E-mail: martin.tucker@dinsmore.com
*Attorneys for Central Bank & Trust Co.*