United States Bankruptcy Court
Eastern District of Kentucky

In re: Case No. 26-20942-dll
Timothy D. Ehn Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0643-2 User: admin Page 1 of 2
Date Rcvd: Nov 16, 2026 Form ID: ntcflstm Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy D. Ehn, 1182 Chesapeake trail, Union, KY 41091-8803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron M. Beck | on behalf of Debtor Timothy D. Ehn aaronbeck@oharataylor.com ambezfiling@gmail.com;r61263@notify.bestcase.com;jbridewell@oharataylor.com;fileclerk@oharataylor.com |
| Lori A Schlarman | lastrustee@gmail.com KY45@ecfcbis.com |
| Martin B. Tucker | on behalf of Creditor Central Bank & Trust Co. martin.tucker@dinsmore.com rosetta.mitchell@dinsmore.com;jennifer.pitcock@dinsmore.com;benjamin.dennison@dinsmore.com |
| Paul T. Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com |
| U.S. Trustee | ustpregion08.lx.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Covington Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

In re Timothy D. Ehn

1182 Chesapeake trail
Union, KY 41091

aka/dba:

SSN/TID: xxx−xx−8453

Debtor(s)

Case No. 26−20942−dll

Chapter: 7

## NOTICE OF REQUIREMENT TO FILE A CERTIFICATE OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, individual debtors must complete an instructional course in personal financial management in order to receive a discharge under Chapter 7 (11 U.S.C. § 727) or Chapter 13 (11 U.S.C. § 1328). Pursuant to FED. R. BANKR. P. 1007 (b) (7), unless an approved provider has notified the court that the debtor(s) has completed a course in personal financial management after filing the petition, the debtor(s) must file a certificate of course completion issued by the provider.

Debtor(s) and counsel for the debtor(s) are hereby notified that a certificate of completion of personal financial management course must be filed before a discharge can be entered. In a Chapter 7 case, the debtor(s) must file a certificate within 60 days after the first date set for the meeting of creditors under 11 U.S.C. § 341. In a Chapter 13 case, the debtor(s) must file a certificate no later than the last payment made by the debtor(s) as required by the plan, or the filing of a motion for entry of a discharge under 11 U.S.C. § 1328(b).

Failure to file a certificate will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a motion to reopen the case to allow for the filing of a certificate, the debtor(s) must pay the full reopening fee due for filing the motion.

DATED: 11/15/26

Nathan W. Lee
Clerk of Court