**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE:**

**TIMOTHY D. EHN**

**Debtor**

**CASE NO. 26-20942**
**Chapter 7**
**Judge Lutz**

---

**OBJECTION TO MOTION FOR RELIEF FROM STAY**

---

Comes now the Trustee, Lori A. Schlarman, and hereby objects to the Motion for Relief from Stay filed by Central Bank & Trust Co. (hereinafter referred to as "Movant") as to the real property located at 1182 Chesapeake Trail, Union, KY (hereinafter referred to as the "subject property"), on the following grounds;

The Movant claims in its filed Proof of Claim [POC 3-1] that it is owed a total of $585,404.88 on its recorded mortgage on the subject property. There is believed to be a secured second lien claim on the subject property to the Internal Revenue Service in the scheduled amount of $380,405.06. The IRS has yet to file a proof of claim. There is also believed to be a third recorded lien on the subject property for criminal restitution in the amount of $3,7 million. The Trustee will be ordering a proper title examination on this property which she hopes to have received by the date of the hearing on this matter.

The Debtor lists the subject property at a value of $900,000 on his Schedule A/B. The Trustee's on-line real estate search shows values up to $1,200,000.

There is filed a Proof of Claim by the Kentucky Department of Child Support Services showing a child support arrearage of $46,500 due and owing [POC 2-1].

The Trustee believes she has a right to prime the IRS tax lien in order to pay the outstanding child support pursuant to 11 U.S.C. §724. She is in the process of hiring counsel to represent her in this matter and pursue an adversary action which she believes would allow her to pay the child support arrears prior to any payment on the IRS tax lien or the criminal restitution order. The Trustee does believe that Central Bank holds a valid first mortgage on the property. However, there appears sufficient equity in the subject property to adequately protect Central Bank.

The Trustee believes that upon sale of the subject property, pursuant to any further Orders of this Court, Central Bank would be paid in full, all fees and costs of the sale and administration of the bankruptcy estate would be paid in full and the child support claim paid in full.

Wherefore, the Trustee objects to the Motion for Relief filed by Movant, allowing the property to remain property of the bankruptcy estate and subject to the automatic stay, in order to allow her to complete an adversary action under 11 U.S.C. § 724 and sale of the subject property.

Respectfully submitted,

/s/ Lori A. Schlarman
Lori A. Schlarman
Bankruptcy Panel Trustee
PO Box 17275
Ft. Mitchell, KY 41017
(859) 586-1526

**NOTICE**

Notice is hereby given that the foregoing Objection will be heard on Tuesday, December 8, 2026, at 10:300 a.m. at U.S. Bankruptcy Court, 35 E. 5th Street, Suite 306, Covington, Kentucky

**CERTIFICATION**

I do hereby certify that a true and correct copy of the foregoing was served via electronic means through the Court's CM/ECF system or regular U.S. Mail, postage pre-paid, as indicated below, to the following list, this 20th day of November, 2026.

U.S. Trustee ustpregion08.lx.ecf@usdoj.gov
Debtor by regular U.S. Mail
Debtor's Counsel by CM/ECF email

Martin B. Tucker, martin.tucker@dinsmore.com

Any and all other creditors and parties in interest requesting service through the Court's CM/ECF servicing system

/s/ Lori A. Schlarman
Lori A. Schlarman