**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

**IN RE:**

**TIMOTHY D. EHN
Debtor**

**CASE NO. 26-20942
Chapter 7**

## ORDER APPROVING COMPROMISE

The Trustee, Lori A. Schlarman, having filed a Motion pursuant Federal Bankruptcy Rule of Procedure 9019, seeking approval of a compromise reached between the Trustee, on behalf of the bankruptcy estate, and Michael B. Baker, Receiver for GT Enterprise, LLC, regarding the bankruptcy estate's interest in a series of appeals and motions contesting the sale of 8780 U.S. 42, Florence, KY, 41042. The Court having reviewed the Motion finds that it has been properly noticed to all creditors and parties of interest. The Court further finds that the compromise is reasonable and in the best interest of the Estate. The Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Motion and Compromise contained therein is hereby SUSTAINED.

The Trustee is hereby authorized to enter into the Settlement Agreement attached to her Motion as Exhibit "A" and take all steps necessary to effectuate its terms, including executing any pleading or other document necessary to effectuate its terms.

COPIES TO:

U.S. Trustee ustpregion08.lx.ecf@usdoj.gov
Debtor by regular U.S. Mail
Debtor's Counsel by CM/ECF email

All Creditors and parties in interest as listed on the Debtor's Schedules and in the Court's CM/ECF Noticing System.