**UNITED STATES BANKRUPTCY COURT**
**EASTERN DIVISION OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE:** **Case No.: 26-20942**
**Chapter 7**

**TIMOTHY D. EHN**

**Debtor**

---

# APPLICATION TO SHORTEN NOTICE FOR HEARING ON TRUSTEE'S MOTION TO APPROVE COMPROMISE

---

Comes now Trustee in Bankruptcy, Lori A. Schlarman, pursuant to 11 U.S.C. § 102, and E.D.Ky. Local Bankruptcy Rules. 9013-1 and 9014-1, and respectfully moves this Court for an Order shortening the notice requirements for a hearing on her Motion to Approve Compromise Pursuant to Rule 9019 [ECF Doc. 28] The Trustee is requesting that the Notice period be shortened from twenty-one (21) days to fourteen (14) days, due to the pending sale of the commercial real estate involved in the Settlement and the potential for the loss of the potential purchaser.

In support hereof, Trustee advises the Court that to the best of her knowledge and belief all parties with an interest in the Real Property, with the exception of the Debtor, have either agreed to the Trustee's Settlement and/or the sale of the subject real property.

The Trustee believes that time is of the essence due to the Purchase/Sale Contract and the expiration of a forbearance agreement surrounding the mortgage on the subject property.

Trustee believes this sale is in the best interest of the Estate.

Therefore, Trustee is requesting a shortening of the notice period for the hearing on her Motion to Approve Compromise from twenty-one (21) days to fourteen (14) days. This will allow the Trustee to notice all creditors and parties in interest and supply them with ample opportunity to file any objections while not jeopardizing the sale or causing significant additional expense to the Estate.

Respectfully submitted,

__/s/ Lori A. Schlarman______________
Lori A. Schlarman
Bankruptcy Panel Trustee
P.O. Box 17275
Ft. Mitchell, KY 41017
(859) 586-1526

## CERTIFICATION

I do hereby certify that a true and correct copy of the foregoing was served, via electronic means, or regular U.S. Mail, postage pre-paid, as indicated below, to the following list, this 20th day of November, 2026.

____/s/ Lori A. Schlarman____________
Lori A. Schlarman

U.S. Trustee ustpregion08.lx.ecf@usdoj.gov
Debtor by regular U.S. Mail
Debtor's Counsel by CM/ECF email

All Creditors and parties in interest as listed on the Debtor's Schedules and in the Court's CM/ECF Noticing System.