**UNITED STATES BANKRUPTCY COURT**
**EASTERN DIVISION OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE:**

**TIMOTHY D. EHN**

**Debtor**

**Case No.: 26-20942**
**Chapter 7**

---

# ORDER SHORTENING NOTICE REQUIREMENTS FOR TRUSTEE'S MOTION TO APPROVE COMPROMISE

---

This matter being before the Court upon an Application by the Trustee to shorten the notice requirements for the hearing on her Motion to Approve Compromise, [ECF Doc. 28 ] (the "Application"), and the Court being in all ways sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the notice provision for the hearing on the Trustee's Motion to Approve Compromise, [ECF Doc.28] be and is hereby shortened to fourteen (14) days. Said hearing shall be heard on Tuesday, December 8, 2026 at 10:30 a.m. at the U.S. Bankruptcy Court, 35 W. 5th Street, Suite 306, Covington, Kentucky.

COPIES TO:

U.S. Trustee ustpregion08.lx.ecf@usdoj.gov
Debtor by regular U.S. Mail
Debtor's Counsel by CM/ECF email

All Creditors and parties in interest as listed on the Debtor's Schedules and in the Court's CM/ECF Noticing System.